# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 6, 2008

135141

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

GARY DONNELL WARD,
   Defendant-Appellant.

_____/

Clifford W. Taylor,
*Chief Justice*

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
*Justices*

SC: 135141
COA: 271641
Wayne CC: 04-005072-01

On order of the Court, the application for leave to appeal the September 6, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 6, 2008

_____
Clerk

p0130